UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT AMERICAN INS. CO., AXA INS. CO., and CERTAIN UNDERWRITERS AT LLOYD'S LONDON AND LONDON MARKET COMPANIES, <br><br>　　　　Plaintiffs/Counterclaim-<br>　　　　Defendants,<br><br>　v.<br><br>CASTLETON COMMODITIES INTERNATIONAL LLC and CASTLETON COMMODITIES TRADING (CHINA) CO. LTD., <br><br>　　　　Defendants/Counterclaim-<br>　　　　Plaintiffs. | CIVIL ACTION NO.: 15-cv-03976 (JSR) |

**CASTLETON COMMODITIES INTERNATIONAL LLC
AND CASTLETON COMMODITIES TRADING (CHINA) CO. LTD.'S
RESPONSE TO PLAINTIFFS' MOTION TO STRIKE
THE EXPERT AND REBUTTAL REPORTS OF MICHAEL FITZGERALD
AND TO PRECLUDE HIS TESTIMONY AT TRIAL**

Defendants/Counterclaim-Plaintiffs Castleton Commodities International LLC and Castleton Commodities Trading (China) Co. Ltd. ("CCI China") (collectively "CCI"), by their undersigned counsel, and as for their Response to Plaintiffs' Motion to Strike the Expert and Rebuttal Reports of Michael Fitzgerald and to Preclude His Testimony at Trial ("Motion to Strike"), state as follows:

CCI has not included Michael Fitzgerald as a witness on its Trial Witness List, and therefore Insurers' Motion to Strike is moot.

1

Dated: April 27, 2016                                          Respectfully submitted,

                                                               s/ Kevin B. Dreher

John N. Ellison (JE3451)                  Kevin B. Dreher (admitted *pro hac vice*)
REED SMITH LLP                            (Ill. I.D. No. 6277398)
599 Lexington Ave                         John D. Shugrue (admitted *pro hac vice*)
22nd Floor                                (Ill. I.D. No. 6195822)
New York, New York 10022                  REED SMITH LLP
Telephone #: (212) 521-6117               10 South Wacker Drive, Suite 4000
Fax #: (212) 521-5450                     Chicago, Illinois 60606-7507
                                          Telephone #: (312) 207-1000
                                          Fax #: (312) 207-6411

*Attorneys for COUNTERCLAIM-PLAINTIFFS (CCI)*

## CERTIFICATE OF SERVICE

I hereby certify that I directed the foregoing CCI's Response to Plaintiffs' Motion to Strike the Expert and Rebuttal Reports of Michael Fitzgerald and to Preclude His Testimony at Trial to be served via email on the following counsel of record:

| | |
|---|---|
| George R. Zacharkow (GRZ 7099)<br>399 Market Street, Suite 200<br>Philadelphia, PA 19106<br>Phone: 215- 629-1600<br>Fax: 215-923-2227<br>E-mail: gzacharkow@mattioni.com | James Mercante (JM 4231)<br>Michael Stern (MS 9113)<br>Bruce Friedman<br>Rubin, Fiorella & Fried, LLP<br>630 Third Avenue, 3rd Floor<br>New York, NY 10017<br>Phone: 212- 953-2381<br>Fax: 212-953-2462<br>E-mail: jmercante@rubinfioreIla.com<br>mstem@RubinFiorella.com<br>bfriedman@RubinFiorella.com<br>*Attorneys for Plaintiff AXA Insurance Company* |
| James W. Carbin<br>P. Ryan McElduff<br>Duane Morris LLP<br>One Riverfront Plaza<br>1037 Raymond Boulevard, Suite 1800<br>Newark, NJ 07102-5429<br>Phone:  973-424-2035<br>Fax:  973-556-1144<br>E-mail:  JMCarbin@duanemorris.com<br>PRMcelduff@duanemorris.com<br>*Attorneys for Plaintiff Great American Ins. Co.* | Benjamin A. Fleischner (BAF-7006)<br>Jonathan S. Chernow (JSC-7339)<br>William M. Billings (WMB-8954)<br>61 Broadway, 18th Floor<br>New York, NY 10006<br>Phone:  212-487-9700<br>Fax:  212-487-9777<br>E-mail:  BFleischner@WFF-LAW.com<br>JChemow@WFF-LAW.com<br>WBillings@WFF-LAW.com<br>*Attorneys for Plaintiffs Certain Underwriters at Lloyd's, London and London Market Companies Subscribing to Policy Number B0823MA1402182* |

Dated:   April 27, 2016                                                   s/ Kevin B. Dreher