**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK
-and-
AXA INSURANCE COMPANY
-and-
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND LONDON MARKET COMPANIES SUBSCRIBING TO POLICY NUMBER B0823MA1402182,

Plaintiffs/Counterclaim-Defendants,

v.

CASTLETON COMMODITIES INTERNATIONAL LLC
-and-
CASTLETON COMMODITIES TRADING (CHINA) CO. LTD.,

Defendants/Counterclaim-Plaintiffs.

**CASE NO.: 15 CV 03976 (JSR)**

**CONSENT ORDER OF DISMISSAL**

IT IS HEREBY ORDERED THAT THIS ACTION SHALL BE CONDITIONALLY DISMISSED AND PLACED UPON THE COURT'S SUSPENSE CALENDAR FOR THIRTY (30) DAYS FROM THE DATE OF THIS ORDER PURSUANT TO THE ATTACHED REPORT AND STIPULATION IN PRINCIPLE BY ALL PARTIES CONCERNING A COMPLETE SETTLEMENT OF ALL CLAIMS AND COUNTERCLAIMS IN THIS ACTION.

THE COURT SHALL RETAIN JURISDICTION OVER THIS ACTION AND ALL PARTIES FOR THIRTY (30) DAYS FOLLOWING DISMISSAL AND, IF THE SETTLEMENT HAS NOT BEEN CONCLUDED WITHIN THIRTY (30) DAYS OF DISMISSAL, THIS ACTION MAY BE RE-OPENED AND WILL BE RESTORED TO THE ACTIVE DOCKET OF THE COURT UPON WRITTEN APPLICATION OF ANY PARTY.

Dated: New York, New York
April , 2016

**SO ORDERED**:

________________________________
U.S.D.J.

**STIPULATION AND REPORT OF SETTLEMENT IN PRINCIPLE BY ALL PARTIES**

IT IS HEREBY STIPULATED AND AGREED that all parties have reached a global settlement, and this action, including all claims and counterclaims, is discontinued and the Court may dismiss the case as to all parties pursuant to Rule 41 (a) (1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, with prejudice, without interest and each party to pay its own costs and attorney fees.

Dated: April 29, 2016

**DUANE MORRIS, LLP**

By: /s/ James W. Carbin_
James W. Carbin, Esq.
P. Ryan McElduff, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102-3889
Attorneys for Great American Insurance Company of New York

**DEASEY MAHONEY & VALENTINI, LTD.**

By: /s/ George R. Zacharkow
George Richard Zacharkow
Deasey Mahoney & Valentini LTD
1601 Market Street, 34th Floor
Philadelphia, PA 19103
gzacharkow@dmvlawfirm.com
Attorney for Great American Insurance Company of New York

**REED SMITH LLP**

By: /s/ John N. Ellison
John N. Ellison, Esq.
599 Lexington Ave
22nd Floor
New York, New York 10022
JEllison@ReedSmith.com

**WHITE, FLEISCHNER & FINO**

By: /s/ Benjamin A. Fleischner
Benjamin A. Fleischner, Esq.
Jonathan S. Chernow, Esq.
William M. Billings, Esq.
61 Broadway, 18th Floor
New York, NY 10006
BFleischner@WFF-LAW.com
jchernow@WFF-LAW.com
wmbillings@WFF-LAW.com
Attorneys for Certain Underwriters at Lloyd's, London and London Market Companies Subscribing

**REED SMITH LLP**

By: /s/ John D. Shugrue
John D. Shugrue, Esq.
Kevin B. Dreher, Esq.
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606-7507
jshugrue@reedsmith.com
kdreher@reedsmith.com
Attorneys for Castleton Commodities International LLC and Castleton Commodities Trading (China) Co. Ltd.

**RUBIN, FIORELLA & FRIEDMAN, LLP**

By: /s/ James Mercante
James Mercante, Esq.
Michael Stern, Esq.
Lawrence B. Brennan, Esq.
630 Third Avenue, 3rd Floor
New York, NY 10017
jmercante@rubinfiorella.com
MStern@RubinFiorella.com
LBrennan@rubinfiorella.com
Attorneys for AXA Insurance Company