Rakoff, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GREAT AMERICAN INSURANCE COMPANY OF NEW YORK
-and-
AXA INSURANCE COMPANY
-and-
CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND LONDON MARKET COMPANIES SUBSCRIBING TO POLICY NUMBER B0823MA1402182,

Plaintiffs/Counterclaim-Defendants,

v.

CASTLETON COMMODITIES INTERNATIONAL LLC
-and-
CASTLETON COMMODITIES TRADING (CHINA) CO. LTD.,

Defendants/Counterclaim-Plaintiffs.

**CASE NO.: 15 CV 03976 (JSR)**

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that the action be dismissed with prejudice, including any claims and counterclaims asserted or which could have been asserted, without interest and each party to pay its own costs

and attorney fees.

Dated: June 27, 2016

**DUANE MORRIS, LLP**

By: ______________________
James W. Carbin, Esq.
P. Ryan McElduff, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102-3889
Attorneys for Great American Insurance Company of New York

**DEASEY MAHONEY & VALENTINI, LTD.**

By: ______________________
George Richard Zacharkow
1601 Market Street, 34th Floor
Philadelphia, PA 19103
gzacharkow@dmvlawfirm.com
Attorney for Great American Insurance Company of New York

**REED SMITH LLP**

By: ______________________
Kevin B. Dreher, Esq.
John D. Shugrue, Esq.
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606-7507
jshugrue@reedsmith.com
kdreher@reedsmith.com
Attorneys for Castleton Commodities International LLC and Castleton Commodities Trading (China) Co. Ltd.

**WHITE, FLEISCHNER & FINO, LLP**

By: ______________________
Jonathan S. Chernow, Esq.
Benjamin A. Fleischner, Esq.
William M. Billings, Esq.
61 Broadway, 18th Floor
New York, NY 10006
BFleischner@WFF-LAW.com
jchernow@WFF-LAW.com
wmbillings@WFF-LAW.com
Attorneys for Certain Underwriters at Lloyd's, London and London Market Companies Subscribing

**RUBIN, FIORELLA & FRIEDMAN, LLP**

By: ______________________
James Mercante, Esq.
Michael Stern, Esq.
Lawrence B. Brennan, Esq.
630 Third Avenue, 3rd Floor
New York, NY 10017
jmercante@rubinfiorella.com
MStern@RubinFiorella.com
LBrennan@rubinfiorella.com
Attorneys for AXA Insurance Company

SO ORDERED:

Hon. Jed S. Rakoff, U.S.D.J.

7/3/16



PMCFELDUFF/DM1\6985687.1
06/27/2016 5:31 PM